| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:05CR00207-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Kanton Talley | DISTRICT SD/WV | DIVISION Huntington |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert C. Chambers | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/08/2019 — TO 04/07/2024 |

**OFFENSE**

21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, Aiding and abetting the distribution of 50 grams or more of cocaine base

18 U.S.C. § 924(c)(1), Use and carry a firearm during and in relation to a drug trafficking crime

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern** DISTRICT OF **West Virginia**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of Ohio** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/28/20
*Date*                                    *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern** DISTRICT OF **Ohio**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/29/20
*Effective Date*                          *United States District Judge*